**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

RECEIVED
FEB 28 2014
PRO SE OFFICE

ORIGINAL

CHEN, J.

-----------------------------------------------X

Matthew A Anderson,

Plaintiff,

**COMPLAINT**

CV 14  0021  LEVY, M.J.

- Against -

Jury Trial Demanded

SCO Family of Services, AND WAYNE County Friend of the court

Defendants,

-----------------------------------------------X

I. Parties:

Plaintiff **Matthew A Anderson**, resides at 151 navy Walk apt 1a Brooklyn, NY 11201.

Defendant **SCO Family of Services**, resides at 1 Alexander Place, Glen Cove, NY 11542.

Defendant **Wayne County Friend of the Court**, resides at 645 Griswold, Detroit Michigan, 48226.

II. The jurisdiction of the Court is invoked pursuant to **Federal Wage Garnishment Law 15 U.S.C. 1671, et seq.**

III. Statement of Claim. [Give a clear and concise statement of facts, the date of each relevant event, a description of what occurred and how each defendant named and how each defendant named was involved in the claim

I work part-time for SCO Family of Services. SCO Family of Services, since July of 2013 has been garnishing 100% of my disposable income (wages) on a State of Michigan child support order that was an order of withholding from a previous place of employment here in NYC. A place I have not been employed at since February 2/25/2013. I never received any correspondence from SCO Family of Services. I questioned the payroll department about the legality of withholding my entire paycheck and the response was, the "State has to get their money". I have been without income for more than a half year. This was undertaken without notification or correspondence up until this present day. I have not

been served any notification or correspondence. Based on the provisions listed in the federal and state laws, these statutes have been violated and I am seeking just compensation.

IV. Remedy. State what relief, such as money damages, you seek from each defendant.

I am seeking to have the immediate full and complete garnishment of my paycheck cease, and also I am seeking monetary damages in the amount of 2,500 dollars. These damages represent an average of 150 dollars that I would have been paid if the Federal Wage garnishment laws were properly adhered to and 50% of my income withheld in line with Federal law, along with financial hardships incurred as a result of having no income as this was my only job since 2/25/13.

**Date Sign Your Name**

2/28/14

646-399-0055